

**SO ORDERED.**
**SIGNED this 30th day of July, 2015**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| JOHN D. LANE | ) | Case No. 14-30974-SHB |
| | ) | |
| Debtor. | ) | Chapter 7 |

**ORDER APPROVING COMPROMISE AND ALLOWANCE OF ADMINISTRATIVE**
**ATTORNEY FEES AND EXPENSES AND DEBTOR'S EXEMPTION**

Upon the Trustee's Motion to Approve Compromise and Application to Pay Legal Fees and Expenses and Debtor's Exemption, the Court finds as follows:

1. That the Motion to Approve Compromise and Application to Pay Legal Fees and Expenses and Debtor's Exemption was sent to all parties in interest on July 14, 2015, and no interested party objected.

2. The Court finds that the proposed Motion to Approve Compromise and Application to Pay Legal Fees and Expenses and Debtor's Exemption is in the best interest of the estate and the Trustee is hereby authorized to accept the settlement as otherwise provided herein.

3. The fees and expenses of Maurice Briere, Attorney at Law, are approved as set forth in the Motion ($11,666.67 for fees and $217.50 for expenses) and may be disbursed to said attorney upon receipt of funds.

4. Upon receipt of funds, the Trustee will resolve his Objection to the Debtor's

exemption under T.C.A. §26-2-110 via an Order allowing said exemption in the amount of $7,910.55.  Upon entry of the Order, the Trustee will disburse at total of $15,410.55 to the Debtor representing his allowed exemptions under T.C.A. §26-2-111(2)(B) and T.C.A. §26-2-110.

###

**APPROVED FOR ENTRY:**

/s/ John P. Newton, Jr.
John P. Newton, Jr., Esq.
Law Offices of Mayer & Newton
South Tower, Suite S-570
1111 Northshore Dr.
Knoxville, Tennessee  37919